| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA | |
| Case number *(if known)* _____ Chapter **7** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | The Counter Walnut Creek, LP | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 26-4076073 | |
| 4. | **Debtor's address** | **Principal place of business** 1699 N. California Boulevard Walnut Creek, CA 94596 Number, Street, City, State & ZIP Code  Contra Costa County | **Mailing address, if different from principal place of business** 10280 Olana Drive Truckee, CA 96161 P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** 369 S. California Avenue Palo Alto, CA 94306 Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | thecounter.com | |
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ■ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

| Debtor | **The Counter Walnut Creek, LP** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__2511__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Case: 24-40128   Doc# 1   Filed: 01/30/24   Entered: 01/30/24 15:12:42   Page 2 of 9

| Debtor | The Counter Walnut Creek, LP | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | See attachment. | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
   Contact name
   Phone

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **The Counter Walnut Creek, LP**　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

**16. Estimated liabilities**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | The Counter Walnut Creek, LP | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 30, 2024**
MM / DD / YYYY

**X /s/ Peter Katz**          **Peter Katz**
Signature of authorized representative of debtor     Printed name

Title **General Manager**

**18. Signature of attorney**

**X /s/ Robert G. Harris**      Date **January 30, 2024**
Signature of attorney for debtor     MM / DD / YYYY

**Robert G. Harris #124678**
Printed name

**Binder & Malter, LLP**
Firm name

**2775 Park Avenue**
**Santa Clara, CA 95050**
Number, Street, City, State & ZIP Code

Contact phone **(408) 295-1700**     Email address **rob@bindermalter.com**

**#124678 CA**
Bar number and State

Case: 24-40128    Doc# 1    Filed: 01/30/24    Entered: 01/30/24 15:12:42    Page 5 of 9
Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 5

<u>The Counter Walnut Creek, LP.</u>
<u>Attachment to voluntary petition</u>
<u>Number 10.</u>

Debtor:  The Counter San Mateo, LP          Relationship: Affiliates
District:  Northern District       When: January 18, 2024    Case Number: 24-30026

Debtor:  The Counter Palo Alto, LP          Relationship: Affiliates
District:  Northern District       When: January 26, 2024    Case Number: 24-30045

Acme Pacific Repairs, Inc.
135 Lindbergh Avenue, Suite D
Livermore, CA 94551


Christine H. Long, Esq.
Berliner Cohen
10 Almaden Blvd., #1100
San Jose, CA 95113-2233


CI Management LLC
c/o Berlin Cohen LP
Christine H. Long
Ten Almaden Boulevard, 11th Floor
San Jose, CA 95113


Counter Intelligence LLC
c/o Berlin CohenLP
Christine H. Long
Ten Almaden Blvd., 11th Floor
San Jose, CA 95113


Counter Intelligence, LLC
10280 Olana Drive
Truckee, CA 96161


Pedro Negrete Plascenia
c/o Matthew J. Matern
Matern Law Group, PC
1230 Rosecrans Ave., Ste. 200
Manhattan Beach, CA 90266


Pedro Negrete Plascenia
c/o Corey B. Bennett
Matern Law Group, PC
1230 Rosecrans Ave., Ste. 200
Manhattan Beach, CA 90266

Pedro Negrete Plascenia
c/o Joshua D. Boxer
Matern Law Group, PC
1230 Rosecrans Ave., Ste. 200
Manhattan Beach, CA 90266


Pedro Negrete Plascenia
c/o Elizabeth A. Medrano
Matern Law Group, PC
1330 Broadway, Ste. 428
Oakland, CA 94612


Peter Katz
10280 Olana Drive
Truckee, CA 96161


Small Business Administration
Disaster Loan Servicing Center
1545 Hawkins Boulevard, Suite 202
El Paso, TX 79925-2652


The Counter Cupertino LP
c/o Berlin Cohen LP
Ten Almaden Boulevard, 11th Floor
San Jose, CA 95113


The Counter Mountain View
c/o Berlin Cohen LP
Christine H. Long
Ten Almaden Boulevard, 11th Floor
San Jose, CA 95113


The Counter Palo Alto
c/o Berlin Cohen LP
Christine H. Long
Ten Almaden Boulevard, 11th Floor
San Jose, CA 95113

The Counter San Mateo
c/o Berlin Cohen LP
Christine H. Long
Ten Almaden Boulevard, 11th Floor
San Jose, CA 95113


The Counter Santana Row LP
c/o Berlin Cohen LP
Ten Almaden Boulevard, 11th Floor
San Jose, CA 95113


The Wasserstrom Company
P.O. Box 933469
Cleveland, OH 44193


US SMALL BUSINESS ADMINISTRATION
19425 Kingsport Road
Fort Worth, TX 76155


US Small Business Administration
10737 Gateway #300
El Paso, TX 79935